TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00003-CV

Renardo Lee Humes, Appellant

v.

Fayquelyn Annyce Humes, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 169,862-A, HONORABLE JOE CARROLL, JUDGE PRESIDING 

PER CURIAM

 

 Appellant and appellee have filed an agreed motion to dismiss. We grant this
motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).

Before Chief Justice Aboussie, Justices Kidd and Smith

Dismissed on Agreed Motion

Filed: May 4, 2000

Do Not Publish